UNITED STATES of America, Plaintiff–Appellee,

v.

Maurice Antwaun MCKNIGHT, a/k/a Weezie, a/k/a Wee, Defendant–Appellant.

No. 17–6899

United States Court of Appeals, Fourth Circuit.

Submitted: September 26, 2017

Decided: September 28, 2017

Maurice Antwaun Mcknight, FCI Edgefield, Edgefield, SC, pro se

Arthur Bradley Parham, Esq., Office of the United States Attorney, Florence, SC, Stanley D. Ragsdale, Office of the United States Attorney, Columbia, SC, for Plaintiff–Appellee.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Antwaun McKnight seeks to appeal the district court's order disposing of the Government's post-judgment motion. We lack jurisdiction to review the district court's order and, thus, dismiss the appeal. We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*